RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

**DEC - 4 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.

    Plaintiff,

       v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES

    Defendant.

)
)
)
)
)
)
)
)

CASE NUMBER  1:06CV02064

JUDGE: Richard W. Roberts

DECK TYPE: TRO/Preliminary Injunctio

DATE STAMP: 12/04/2006

**CORPORATE AFFILIATION AND FINANCIAL
INTEREST DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LCvR 7.1, I, the undersigned counsel of record for America's Health Choice Medical Plans, Inc., certify that to the best of our knowledge and belief, America's Health Choice Medical Plans, Inc. does not have any parent companies, subsidiaries, or affiliates.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Deborah B. Baum (D.C. Bar # 393019 )
David Cynamon (D.C. Bar # 182477)
Matthew A. Anzaldi (D. C. Bar # 455515)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

Dated: December 2, 2006

Attorneys for Plaintiff America's Health Choice Medical Plans, Inc.

400495157v1