IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC. <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES <br><br> Defendant. | CASE NUMBER 1:06CV02064 <br><br> JUDGE: Richard W. Roberts <br><br> DECK TYPE: TRO/Preliminary Injunctio<br><br> DATE STAMP: 12/04/2006 |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiff America's Health Choice Medical Plans, Inc, ("AHC") hereby respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 65.1(c), for an order preliminarily enjoining defendant United States Department of Health and Human Services, Centers for Medicare and Medicaid Services ("CMS") from terminating AHC's contract, sending the notice of the December 31, 2006 termination to AHC's beneficiaries, and publishing any notice of AHC's termination on its website.

The grounds for this motion, as more fully set forth in the accompanying memorandum of points and authorities in support, are that in the absence of a preliminary injunction, AHC will suffer immediate and irreparable harm. If CMS is not enjoined from terminating AHC's contract, sending the notice of the December 31, 2006 termination to AHC's beneficiaries, and publishing any notice of AHC's termination on its website, then AHC will be put out of business. Once AHC is put out of business, then CMS's decision will be rendered moot. Thus, absent an injunction, plaintiff will be deprived of any meaningful review of the CMS decision challenged in this action. CMS, by contrast, will suffer no harm.

4

Plaintiffs are likely to prevail on the merits, and at a minimum, they have raised serious and substantial questions that are a fair ground for litigation regarding CMS's decision to terminate its contract with AHC. Finally, the public interest favors entry of a preliminary injunction.

This motion is based upon the verified complaint filed in this action, the accompanying memorandum of points and authorities, and all of the pleadings and papers on file in this case.

WHEREFORE, plaintiffs respectfully request that the Court grant this motion and enter a preliminary injunction in the form submitted herewith.

DATED: December 2, 2006

Respectfully submitted,

_____
Deborah B. Baum (D.C. Bar # 393019)
David Cynamon (D.C. Bar # 182477)
Matthew A. Anzaldi (D. C. Bar # 455515)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000 (general)
(202) 663-8492 (D. Cynamon)

Attorneys for Plaintiff
America's Health Choice Medical Plans, Inc.