IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES<br><br>    Defendant. | Civil Action No. 1:06CV2064 (RWR) |

## JOINT MOTION FOR HEARING ON PRELIMINARY INJUNCTION

Pursuant to the attached Stipulation, Plaintiff America's Health Choice Medical Plans, Inc. and Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services, by counsel, jointly move this Court for an order scheduling a hearing on Plaintiff's Motion for Preliminary Injunction for Thursday, December 14, 2006. The parties understand, based on communications with the Court's clerk, that the Court has time for argument on the requested date.

WHEREFORE, for good cause shown, the parties respectfully request a hearing on Plaintiff's Motion for Preliminary Injunction on Thursday, December 14, 2006.

DATED: December 5, 2006                           Respectfully submitted,


/s/                                               /s/
Sheila M. Lieber                                  Deborah B. Baum (D.C. Bar #  393019)
UNITED STATES DEPARTMENT OF                       David Cynamon (D.C. Bar # 182477)
JUSTICE, CIVIL DIVISION, FEDERAL                  Matthew A. Anzaldi (D. C. Bar # 455515)
PROGRAMS BRANCH                                   PILLSBURY WINTHROP SHAW PITTMAN LLP
901 E Street, N.W.                                2300 N Street, N.W.
Washington, D.C. 20530                            Washington, D.C. 20037
(202) 514-3786                                    (202) 663-8000 (general)

Attorney for Defendant                            Attorneys for Plaintiff
United States Department of Health and            America's Health Choice Medical Plans, Inc.
Human Services, Centers for Medicare &
Medicaid Services

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006 a copy of the foregoing Joint Motion for Hearing On Preliminary Injunction, the attached Stipulation, and proposed order, were served by e-mail on the following counsel of record for Defendant:

Sheila M. Lieber
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
901 E Street, N.W.
Washington, D.C. 20530
*sheila.lieber@usdoj.gov*

/s/ _____
Matthew A. Anzaldi

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:06CV2064 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

Plaintiff America's Health Choice Medical Plans, Inc. and Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services, by counsel, hereby agree as follows:

1. Defendant and all those acting in concert with it shall not terminate Plaintiff's contract before December 31, 2006, or send the notice of the December 31, 2006 termination to Plaintiff's policy holders before December 15, 2006, or publish any notice of Plaintiff's termination before December 15, 2006.

2. Plaintiff and Defendant agree to seek a hearing on Plaintiff's Motion for Preliminary Injunction on December 13, 2006 or December 14, 2006 and agree that Defendant

2

shall file and serve its opposition to Plaintiff's Motion for Preliminary Injunction two (2) days

before the scheduled hearing.

DATED: December 5, 2006					Respectfully submitted,


/s/					/s/
Sheila M. Lieber					Deborah B. Baum (D.C. Bar #  393019)
UNITED STATES DEPARTMENT OF		David Cynamon (D.C. Bar # 182477)
JUSTICE, CIVIL DIVISION, FEDERAL		Matthew A. Anzaldi (D. C. Bar # 455515)
PROGRAMS BRANCH				PILLSBURY WINTHROP SHAW PITTMAN LLP
901 E Street, N.W.					2300 N Street, N.W.
Washington, D.C. 20530				Washington, D.C. 20037
(202) 514-3786					(202) 663-8000 (general)

Attorney for Defendant				Attorneys for Plaintiff
United States Department of Health and		America's Health Choice Medical Plans, Inc.
Human Services, Centers for Medicare &
Medicaid Services

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC. ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF HEALTH ) AND HUMAN SERVICES, CENTERS FOR ) MEDICARE & MEDICAID SERVICES ) ) Defendant. ) ) | Civil Action No. 1:06CV2064 (RWR) |

**ORDER**

Upon consideration of the parties Joint Motion for Hearing on Preliminary Injunction, and for good cause shown, it is hereby

ORDERED that the Joint Motion is GRANTED, and it is

FURTHER ORDERED that the hearing on Plaintiff's Motion for Preliminary Injunction is scheduled for Thursday, December 14, 2006, at _____ a.m./p.m.

_____
Judge Richard W. Roberts
United States District Court

cc:

David J. Cynamon
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C.  20037
(202) 663-8492
*Counsel for Plaintiff*

Sheila M. Lieber
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
901 E Street, N.W.
Washington, D.C. 20530
*Counsel for Defendant*