IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES<br><br>Defendant. | Civil Action No. 1:06CV2064 (RWR) |

**PLAINTIFF'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

Plaintiff America's Health Choice Medical Plans, Inc. ("Plaintiff") submits the attached three (3) Affidavits of Service as proof of service on Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services ("Defendant"), the United States Attorney General, and the United States Attorney for the District of Columbia.

DATED: December 7, 2006                    Respectfully submitted,

/s/
Deborah B. Baum (D.C. Bar # 393019)
David Cynamon (D.C. Bar # 182477)
Matthew A. Anzaldi (D. C. Bar # 455515)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000 (general)

Attorneys for Plaintiff
America's Health Choice Medical Plans, Inc.

400497576v1

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2006 a copy of the foregoing Plaintiff's Proof of Service of Summons and Complaint, was served by e-mail on the following counsel of record for Defendant:

Sheila M. Lieber
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
901 E Street, N.W.
Washington, D.C. 20530
*sheila.lieber@usdoj.gov*

/s/_____
Matthew A. Anzaldi

400497576v1

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

America's Health Choice Medical Plans, Inc.

vs.

United States Department of Health and Human Services, Centers for Medicare & Medicaid Services

No. 1:06CV2064(RWR)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Corporate Affiliation and Financial Interest Disclosure Statement, Verified Complaint, Exhibit A, Plaintiff's Application for Temporary Restraining Order, Plaintiff's Motion for Preliminary Injunction, Plaintiff's Memorandum of Points and Authorities in Support of Application for a Temporary Restraining Order and Motion for Preliminary Injunction, [Proposed] Order for Temporary Restraining Order, [Proposed] Order for Preliminary Injunction, Local Rule 65.1(a) Certification and Exhibit A in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-29-1969.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:30 pm on December 6, 2006, I served United States Department of Health and Human Services, Centers for Medicare & Medicaid Services c/o Sheila M. Lieber, Esquire at 20 Massachusetts Avenue, NW, Washington, DC 20528 by serving Sheila M. Lieber, Esquire, authorized to accept. Described herein:

```
    SEX-     FEMALE
    AGE-     47
 HEIGHT-     5'6"
   HAIR-     BLACK
 WEIGHT-     150
   RACE-     WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  12-6-06
            Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180738

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

America's Health Choice Medical Plans, Inc.

vs.

United States Department of Health and Human Services, Centers for Medicare & Medicaid Services

No. 1:06CV2064(RWR)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Corporate Affiliation and Financial Interest Disclosure Statement, Verified Complaint, Exhibit A, Plaintiff's Application for Temporary Restraining Order, Plaintiff's Motion for Preliminary Injunction, Plaintiff's Memorandum of Points and Authorities in Support of Application for a Temporary Restraining Order and Motion for Preliminary Injunction, [Proposed] Order for Temporary Restraining Order, [Proposed] Order for Preliminary Injunction, Local Rule 65.1(a) Certification and Exhibit A in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:00 pm on December 6, 2006, I served United States Department of Health and Human Services, Centers for Medicare & Medicaid Services c/o U.S. Attorney General, Alberto Gonzales at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 by serving Willow Lee, Clerk, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    43
 HEIGHT-    5'7"
   HAIR-    BLACK/GRAY
 WEIGHT-    145
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  12/6/06
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

America's Health Choice Medical Plans, Inc.

vs.

United States Department of Health and Human Services, Centers for Medicare & Medicaid Services

No. 1:06CV2064(RWR)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Corporate Affiliation and Financial Interest Disclosure Statement, Verified Complaint, Exhibit A, Plaintiff's Application for Temporary Restraining Order, Plaintiff's Motion for Preliminary Injunction, Plaintiff's Memorandum of Points and Authorities in Support of Application for a Temporary Restraining Order and Motion for Preliminary Injunction, [Proposed] Order for Temporary Restraining Order, [Proposed] Order for Preliminary Injunction, Local Rule 65.1(a) Certification and Exhibit A in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:00 pm on December 6, 2006, I served United States Department of Health and Human Services, Centers for Medicare & Medicaid Services c/o U.S. Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

   SEX-    MALE
   AGE-    35
HEIGHT-    5'9"
  HAIR-    BLACK
WEIGHT-    185
  RACE-    BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  12·6·06
              Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180740