**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL<br>　　PLANS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-CV-2064 (RWR) |
| | ) | |
| UNITED STATES DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES, CENTERS FOR<br>MEDICARE & MEDICAID SERVICES | )<br>)<br>) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE THAT Defendant United States Department of Health and

Human Services, Centers for Medicare & Medicaid Services, files herewith the administrative

record of this matter made before the Department of Health and Human Services, as described

more fully in the Certification of Administrative Record also filed herewith. Defendants are

filing the administrative record in paper form because it exceeds 500 pages in length.

Dated: December 11, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Director

__/s/_James C. Luh_____
HEATHER PHILLIPS
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel: (202) 514-4938
Fax: (202) 616-8460

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006, copies of the Administrative Record were

served upon plaintiff's counsel by hand-delivery as follows:

David Cynamon
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, D.C. 20037
(202) 663-8000

_/s/_James C. Luh_____