## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC., <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No.:   06-2064 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Heather Phillips as counsel of record for the defendant in the above-captioned case.

                                              Respectfully submitted,

                                              _____/s/_____
                                              HEATHER PHILLIPS
                                              Trial Attorney
                                              Department of Justice
                                              Federal Programs Branch
                                              20 Massachusetts Ave., N.W., Room 7222
                                              Washington, DC  200001
                                              202-616-0679