# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES, CENTERS FOR ) <br> MEDICARE & MEDICAID SERVICES ) <br> ) <br> Defendant. ) <br> ) | No. 06-CV-2064 (RWR) |

## DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE THAT Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services, files herewith the administrative record of this matter made before the Department of Health and Human Services, as described more fully in the Certification of Administrative Record also filed herewith. Defendants are filing the administrative record in paper form because it exceeds 500 pages in length.

Dated: December 11, 2006                    Respectfully submitted,

                                                            PETER D. KEISLER
                                                            Assistant Attorney General

                                                            JEFFREY A. TAYLOR
                                                           United States Attorney

                                                            SHEILA M. LIEBER
                                                           Deputy Director

                                                           __/s/_James C. Luh_____
                                                           HEATHER PHILLIPS
                                                           JAMES C. LUH
                                                           Attorneys
                                                           United States Department of Justice
                                                           Civil Division, Federal Programs Branch
                                                           20 Massachusetts Ave., N.W.
                                                           Washington, DC  20530
                                                           Tel: (202) 514-4938
                                                           Fax: (202) 616-8460

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2006, copies of the Administrative Record were served upon plaintiff's counsel by hand-delivery as follows:

David Cynamon
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, D.C. 20037
(202) 663-8000

                                                      _/s/_James C. Luh_____