# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, CENTERS FOR )<br>MEDICARE & MEDICAID SERVICES, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06cv2064 (RWR) |

## PLAINTIFF'S NOTICE OF PROPOSED ORDER

Plaintiff America's Health Choice Medical Plans, Inc. ("AHC" or "Plaintiff"), by counsel, respectfully files this Notice of Proposed Order and the attached proposed Order for Preliminary Injunction.

Counsel for AHC and Defendant Centers for Medicare & Medicaid Services ("CMS") exchanged drafts of the proposed Order but were unable to agree on certain terms. For example, AHC proposed that the Order provide that CMS:

> shall take no action to effectuate the agency Administrator's November 30, 2006 decision terminating AHC's current contract with CMS, dated November 18, 2005, and renewed through the 2007 calendar year, or to impose intermediate enrollment and marketing sanctions on AHC's current contract with CMS based on the administrative proceedings and determinations that culminated in the agency Administrator's November 30, 2006 decision.

CMS objects to the language regarding the intermediate enrollment and marketing sanctions. AHC proposed this language because the intermediate sanctions are part of the same

-2-

administrative proceedings and determinations regarding a prior contract as the termination decision that the Court enjoined. The intermediate sanctions, like the termination decision, were imposed on that earlier contract. They do not apply to the current contract for the same reason that the termination decision does not apply to the current contract: CMS has not initiated administrative proceedings under the current contract or made administrative determinations regarding the current contract.

AHC accordingly submits the proposed Order for Preliminary Injunction for entry by the Court. Counsel for CMS has indicated it will be filing a separate proposed Order.

DATED: December 15, 2006

                                  Respectfully submitted,

                                  /s/
                                Deborah B. Baum (D.C. Bar # 393019)
                                David Cynamon (D.C. Bar # 182477)
                                Matthew A. Anzaldi (D. C. Bar # 455515)
                                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                2300 N Street, N.W.
                                Washington, D.C. 20037
                                (202) 663-8000

                                Attorneys for Plaintiff
                                America's Health Choice Medical Plans, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-2064 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's ("AHC") motion for a preliminary injunction, the pleadings and arguments of counsel, and all pleadings, papers, and the administrative record filed in this action, this Court finds as follows:

Plaintiff will suffer irreparable harm if this Court were to deny its motion for a preliminary injunction;

Defendant United States Department of Health and Human Services, Centers for Medicare and Medicaid Services ("Defendant" or "CMS") will not suffer significant harm if this Court were to grant the motion for a preliminary injunction;

Plaintiff is likely to succeed on the merits of its claims against Defendant that the administrative action initiated in July 2005 had no impact on Plaintiff's rights and obligations under its current contract with Defendant.

Plaintiff has not shown that the entry of a preliminary injunction is in the public interest; however,

Plaintiff is entitled to preliminary relief based on its strong showing on three of the

factors.

WHEREFORE, for good cause shown, IT IS on this ___ day of _____ 2006,

ORDERED that Plaintiff's motion for a preliminary injunction be, and hereby is, granted;

FURTHER ORDERED that, until April 15, 2007, or such later date as this Court may order, CMS and all those acting in concert with it shall take no action to effectuate the agency Administrator's November 30, 2006 decision terminating AHC's current contract with CMS, dated November 18, 2005, and renewed through the 2007 calendar year, or to impose intermediate enrollment and marketing sanctions on AHC's current contract with CMS based on the administrative proceedings and determinations that culminated in the agency Administrator's November 30, 2006 decision.  Accordingly, until further order of this Court, CMS may make no statement, representation or disclosure, whether public or to any beneficiary, provider or other third-party, indicating that CMS will implement the November 30, 2006, termination decision;

FURTHER ORDERED that the Court shall hold a status hearing on this matter at 9:15 a.m., on Friday March 16, 2007; and

FURTHER ORDERED that as jointly agreed by plaintiff and defendant, defendant's obligation to answer or otherwise respond to the complaint is stayed until April 15, 2007, or such later date as this Court may order.

_____
United States District Court Judge

Deborah B. Baum, DC Bar #393019
Matthew Anzaldi
Samantha Mazo
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C.  20037
(202) 663-8492

*Plaintiff*


Sheila Lieber, Esq.
Heather R. Phillips, Esq.
James Luh, Esq.
United States Department of Justice
Civil Division/Federal Programs
20 Massachusetts Ave., N.W., Room 7222
Washington, D.C.  20001

Daniel Wolfe, Esq.
Office of the General Counsel
Centers for Medicare & Medicaid Services
1301 Young Street, Suite 1138
Dallas, Texas 75202

*Defendant*