IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL<br>PLANS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES, CENTERS FOR<br>MEDICARE & MEDICAID SERVICES<br><br>           Defendant. | No. 06-CV-2064 (RWR) |

**DEFENDANT'S NOTICE OF PROPOSED ORDER**

PLEASE TAKE NOTICE THAT Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services ("CMS") and Plaintiff America's Health Choice Medical Plan, Inc. ("AHC") were unable to reach agreement on a proposed order reflecting the hearing held on December 14, 2006, on AHC's motion for a temporary restraining order/preliminary injunction. Defendant objects to Plaintiff's proposed language regarding intermediate enrollment and marketing sanctions because Plaintiff did not request relief on this issue. See Pl. Application for Temporary Restraining Order at 1 (requesting an order restraining CMS from "terminating AHC's contract, sending the notice of the December 31, 2006 termination to AHC's beneficiaries, or publishing any notice of AHC's termination on its website"); see also Pl. Mot. For Preliminary Injunction at 1 (same).

Defendant hereby files the attached proposed order reflecting its understanding of the Court's findings and decision following the December 14, 2006 hearing.

1

Dated: December 15, 2006	Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Director

_____/s/_____
HEATHER PHILLIPS
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel: (202) 514-4938
Fax: (202) 616-8460

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC., </br></br>  Plaintiff, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES </br></br>  Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No.:  06-2064 (RWR) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

THIS MATTER having come before the Court on Plaintiff's ("AHC") Motion for a Preliminary Injunction and Defendant's ("CMS") Opposition thereto, the Court finds as follows:

The administrative record likely supports the agency Administrator's November 30, 2006 decision terminating plaintiff's Medicare Advantage contract as it existed prior to November 18, 2005; however, plaintiff is likely to succeed on its claim that on November 18, 2005, CMS and AHC entered into a new Medicare Advantage contract and that CMS has not followed required termination procedures to terminate that contract;

Plaintiff has shown that it will suffer irreparable harm if this Court were to deny its motion for a preliminary injunction;

Defendant has not shown that it will suffer significant harm if this Court were to grant the motion for a preliminary injunction; and

Plaintiff has failed to show that the entry of a preliminary injunction is in the public interest; however,

The balance of factors shows that Plaintiff is entitled to preliminary relief.

WHEREFORE, for good cause shown, it is on this _____ day of December, 2006,

ORDERED that Plaintiff's motion for a preliminary injunction be, and hereby is, granted;

ORDERED that, until April 15, 2007, or such later date as this Court may order, CMS and all those acting in concert with it shall take no action to effectuate the agency Administrator's November 30, 2006 decision terminating AHC from the Medicare Advantage Program.  Accordingly, until further order of this Court, CMS may make no statement, representation or disclosure, whether public or to any beneficiary, provider or other third-party, indicating that CMS will implement the November 30, 2006 termination decision;

Further ORDERED that the Court shall hold a status hearing on this matter on March 16, 2007, at 9:15 a.m.

**SO ORDERED.**

Dated: _____          _____