IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, CENTERS FOR )<br>MEDICARE & MEDICAID SERVICES, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2064 (RWR) |

## ORDER FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's ("AHC") motion for a preliminary injunction, the pleadings and arguments of counsel, and all pleadings, papers, and the administrative record filed in this action, this Court finds as follows:

Plaintiff will suffer irreparable harm if this Court were to deny its motion for a preliminary injunction;

Defendant United States Department of Health and Human Services, Centers for Medicare and Medicaid Services ("Defendant" or "CMS") will not suffer significant harm if this Court were to grant the motion for a preliminary injunction;

Plaintiff is likely to succeed on the merits of its claims against Defendant that the administrative action initiated in July 2005 had no impact on Plaintiff's rights and obligations under its current contract with Defendant.

Plaintiff has not shown that the entry of a preliminary injunction is in the public interest; however,

Plaintiff is entitled to preliminary relief based on its strong showing on three of the

factors.

WHEREFORE, for good cause shown, IT IS on this 18th day of December 2006, ORDERED that Plaintiff's motion for a preliminary injunction be, and hereby is, granted, nunc pro tunc to December 14, 2006;

FURTHER ORDERED that, until April 15, 2007, or such later date as this Court may order, CMS and all those acting in concert with it shall take no action to effectuate the agency Administrator's November 30, 2006 decision terminating AHC's current contract with CMS, dated November 18, 2005, and renewed through the 2007 calendar year, or to impose intermediate enrollment and marketing sanctions on AHC's current contract with CMS based on the administrative proceedings and determinations that culminated in the agency Administrator's November 30, 2006 decision. Accordingly, until further order of this Court, CMS may make no statement, representation or disclosure, whether public or to any beneficiary, provider or other third-party, indicating that CMS will implement the November 30, 2006, termination decision;

FURTHER ORDERED that the Court shall hold a status hearing on this matter at 9:15 a.m., on Friday March 16, 2007; and

FURTHER ORDERED that as jointly agreed by plaintiff and defendant, defendant's obligation to answer or otherwise respond to the complaint is stayed until April 15, 2007, or such later date as this Court may order.

_____
United States District Court Judge