IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br> Defendant. | Civil Action No. 1:06cv2064 (RWR) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), Matthew A. Anzaldi hereby gives notice of his withdrawal of appearance as co-counsel for Plaintiff America's Health Choice Medical Plans, Inc. ("AHC") in this case. David J. Cynamon and Deborah B. Baum of Pillsbury Winthrop Shaw Pittman LLP will continue to represent AHC.

DATED: January 3, 2007

Respectfully submitted,

/Richard M. Tuten
Chief Operating Officer
America's Health Choice Medical Plans, Inc.
1175 South US Highway 1
Vero Beach, FL 32962
Telephone: (772) 794-0030
Facsimile: (772) 794- 1386

/s/
Matthew A. Anzaldi (D. C. Bar # 455515)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

Attorney for Plaintiff
America's Health Choice Medical Plans, Inc.

400507723v1