IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br> Defendant. | Civil Action No. 1:06cv2064 (RWR) |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to LCvR 83.6(a), Deborah B. Baum hereby gives notice of her entry of appearance as counsel for Plaintiff America's Health Choice Medical Plans, Inc. ("AHC").

DATED: January 17, 2007                Respectfully submitted,


                                       /s/
                                       Deborah B. Baum (D. C. Bar # 393019)
                                       Pillsbury Winthrop Shaw Pittman LLP
                                       2300 N Street, N.W.
                                       Washington, D.C. 20037
                                       (202) 663-8000

                                       Attorney for Plaintiff
                                       America's Health Choice Medical Plans, Inc.

400514598v1