## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  06-2064 (RWR) |

## ORDER EXTENDING PRELIMINARY INJUNCTION

Upon consideration of the parties' representations to the Court at the March 16, 2007 Status Conference held in this matter, and all of the pleadings and papers filed in this action, this Court finds and concludes as follows:

WHEREFORE, for good cause shown, IT IS on this ___ day of _____ 2007,

ORDERED  that the Order for Preliminary Injunction (signed December 18, 2006, and entered *nunc pro tunc* to December 14, 2006) be, and hereby is, extended through April 30, 2007, or such later date as this Court may order; and

FURTHER ORDERED, that, at Defendant's request, and with no objection from Plaintiff, the Court will hold in abeyance the Defendant's "Expedited Motion to Clarify and/or Reconsider the Court's December 21, 2006 Order For Preliminary Injunction," until April 30, 2007, or such later date as this Court may order; and

FURTHER ORDERED that the parties shall submit a Joint Status Report to update the Court on the status of this matter, including Defendant's Motion to Reopen the Administrator's Decision, on or before April 20, 2007.


                                                      _____

                                                      United States District Court Judge

Deborah B. Baum, DC Bar #393019
Samantha Mazo
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C.  20037
(202) 663-8492

*Counsel for Plaintiff*


Sheila Leiber, Esq.
Heather R. Phillips, Esq.
James Luh, Esq.
United States Department of Justice
Civil Division/Federal Programs
20 Massachusetts Ave., N.W., Room 7222
Washington, D.C.  20001

Daniel Wolfe, Esq.
Office of the General Counsel
Centers for Medicare & Medicaid Services
1301 Young Street, Suite 1138
Dallas, Texas 75202

*Counsel for Defendant*