IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES<br><br>    Defendant. | Civil Action No. 1:06CV2064 (RWR) |

## JOINT STATUS REPORT

Pursuant to the Court's April 4, 2007 Order, Plaintiff America's Health Choice Medical Plans, Inc., and Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services, by counsel, jointly submit this Status Report to update the Court on the status of this matter.

At the March 16, 2007 Status Conference in this matter, Defendant's counsel indicated that it had filed a Motion to Reopen the Administrator's Decision, on March 8, 2007, in which it asked the CMS Administrator to reopen the November 30, 2006 Administrative Ruling and re-issue a decision rescinding the termination of AHC's 2005 Contract. Today, on April 20, 2007, the parties received the Administrator's decision, but have not yet had the opportunity to review it and consider the implications of the decision in terms of this case. See April 19, 2007 Decision of the Administrator, attached hereto as Exhibit 1.

In light of the foregoing, the parties respectfully suggest that they submit another Joint Status Report within seven days.

DATED: April 20, 2007                                    Respectfully submitted,


| /s/ | /s/ |
|---|---|
| Sheila M. Lieber, Esq. | Deborah B. Baum (D.C. Bar # 393019) |
| Heather R. Phillips, Esq. | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| James Luh, Esq. | 2300 N Street, N.W. |
| UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION, FEDERAL PROGRAMS BRANCH | Washington, D.C. 20037 |
| | (202) 663-8000 (general) |
| 901 E Street, N.W. | Attorneys for Plaintiff |
| Washington, D.C. 20530 | America's Health Choice Medical Plans, Inc. |
| (202) 514-3786 | |
| Attorneys for Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services | |

Case 1:06-cv-02064-RWR    Document 25-2    Filed 04/20/2007    Page 1 of 4



DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop C3-01-20
Baltimore, Maryland 21244-1850
Telephone 410-786-3176 Facsimile 410-786-0043

Office of the Attorney Advisor

APR **1 9** 2007

Ms. Deborah Baum
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037-1128

Mr. Daniel R. Wolfe
Office of the General Counsel
Centers for Medicare & Medicaid Services
1301 Young Street, Suite 1138
Dallas, TX 75202

Re: America's Health Choice (AHC) Medical Plan Contract Termination Appeal,
Docket No. 2006-MA-001

Dear Ms. Baum and Mr. Wolfe:

Enclosed is a copy of the Administrator's decision in the above case. This constitutes the final administrative decision of the Secretary of Health and Human Services.

Sincerely yours,

Jacqueline R. Vaughn
Attorney Advisor

Enclosure

cc: Mr. Howard Cohen
Office of the General Counsel
Centers for Medicare & Medicaid Services
7500 Security Boulevard, C2-03-25
Baltimore, MD 21244-1850

# CENTERS FOR MEDICARE AND MEDICAID SERVICES

## *Decision of the Administrator*

| In the case of: | Dispute of: |
|---|---|
| America's Health Choice Medical Plans, Inc. | Medicare Advantage Plan Contract Termination Appeal |
| | Revision of: |
| | Docket No. 2006-MA-001<br>Administrator Decision<br>Dated: November 30, 2006 |

This case is before the Administrator, Centers for Medicare & Medicaid Services (CMS), for reopening and revising the Administrator's November 30, 2006 decision. The reopening and revision is pursuant to the regulations at 42 CFR 422.696. CMS' Center for Beneficiary Choices (CBC) requested that the Administrator reopen and revise the above referenced matter based on the results of the Court's order. The parties were notified of the Administrator's intention to reopen and revise the November 30, 2006 decision. The AHC also submitted comments. Accordingly, this case is now before the Administrator for final agency review.

## BACKGROUND

By decision dated November 30, 2006, the Administrator affirmed the CMS Hearing Officer's decision upholding CMS' termination of the AHC contract initiated in July 2005. The termination was made effective December 31, 2006. AHC subsequently filed a motion for a preliminary injunction with respect to the termination. The United States District Court for the District of Columbia, on December 18, 2006, ordered that America's Health Choice's (AHC) motion for preliminary injunction be granted. The Court found, inter alia, that AHC was likely to succeed on the merits of its claim against CMS that the administrative action

initiated July 2005 had no impact on AHC's rights and obligations under its current contract with CMS.

## COMMENTS

As a result of the Court order, CMS requested that the Administrator reopen and revise the decision of November 30, 2006 and rescind the termination of AHC's Medicare Advantage contract. CMS also requested that the Administrator affirm the findings of noncompliance.

CMS explained that it had argued in court that all Medicare Advantage contracts were updated to reflect new statutory requirements dictated by the Medicare Modernization Act of 2003. CMS interpreted 42 CFR 422.664(a), which postpones the effective date of a termination when there is an administrative proceeding, as entitling AHC to remain under contract until any termination action was upheld by the Administrator. Thus, AHC was sent the "new" contract which took effect November 18, 2005. However, the Court disagreed with CMS interpretation. The Court looked at language in the contract and determined that this contract superseded the prior contract that was in effect in 2005. The Court determined that the contract established new rights and obligations of the parties and new timeframes for AHC due process rights.

In light of the Court's order, CMS stated that a revision of the decision would serve the best interest of the parties and the public. CMS stated that any action taken by the Court at this time may cause unpredictable results on CMS and AHC's enrollees. Further, since the Court is under no time limit to reach a decision on the entire case, its decision may be ultimately inconsistent with other actions CMS may take, based on audits of January and February of 2007, with regard to AHC. As the findings of AHC deficiencies in the Administrator decision were not at issue in the Court's order enjoining CMS' termination of AHC, CMS also requested that the Administrator reaffirm the original findings of noncompliance.

In response, AHC commented that it had no objection to the Administrator reopening the decision and rescinding the decision to terminate AHC's contract. However, AHC argued that the Administrator should vacate the November 30, 2006 decision in its entirety, as well as vacate all previous administrative decisions that post-date CMS' execution of the new contract on November 28, 2005. AHC pointed out that the legal significance of the Court's order is that AHC may be judged fairly on its current performance/compliance under its new existing contract. AHC noted that CMS' audit under the new contract should be the sole basis for any further administrative action. No attempt to use the findings of non-compliance under the

now void contract should be used in connection with any subsequent administrative actions.

## DISCUSSION

Having considered the parties' submissions and the District Court's order, the Administrator hereby rescinds the termination determination dated November 30, 2006. The Administrator recognizes that the Court order granting the request for a preliminary injunction found that AHC was likely to succeed on the merits of its claim that the CMS administrative actions initiated in July 2005 and upheld by the November 30, 2006 Administrator decision had no impact on AHC's rights and obligations under its "current" contract with CMS. The Administrator determines that it is in the best interest of the program and the enrollees to rescind the termination action involving the pre-November 18, 2005 contract. The Administrator reaffirms the original factual findings regarding AHC's substandard performance and deficiencies with respect to the pre-November 18, 2005 contract.[1] This decision, in compliance with the court order, is not intended to impact AHC's "current" contract with CMS, dated November 18, 2005, and renewed through the 2007 calendar year.

THIS CONSTITUTES THE FINAL ADMINISTRATIVE DECISION OF
THE SECRETARY OF HEALTH AND HUMAN SERVICES

Date: 4/18/07

Herb B. Kuhn
Acting Deputy Administrator
Centers for Medicare & Medicaid Services

---

[1] AHC requested that the decision of the Hearing Officer should likewise be vacated. Such an action is not necessary as the Administrator's November 30, 2006, decision superseded the Hearing Officer's decision and constituted CMS' final administrative decision, which is the subject of this reopening and revision.