IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES<br><br>　　　Defendant. | Civil Action No. 1:06CV2064 (RWR) |

## JOINT STATUS REPORT

Pursuant to the parties' April 20, 2007 Status Report, Plaintiff America's Health Choice Medical Plans, Inc., and Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services, by counsel, jointly submit this Status Report to update the Court on the status of this matter.

The parties are discussing settlement of this matter. In light of the foregoing, the parties respectfully suggest that they submit another Joint Status Report on or before May 11, 2007.

DATED: April 27, 2007　　　　　　　　　　Respectfully submitted,

400563801v1

| | |
|---|---|
| /s/_____ | /s/_____ |
| Sheila M. Lieber, Esq. | Deborah B. Baum (D.C. Bar # 393019) |
| Heather R. Phillips, Esq. | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| James Luh, Esq. | 2300 N Street, N.W. |
| UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION, FEDERAL PROGRAMS BRANCH | Washington, D.C. 20037 |
| | (202) 663-8000 (general) |
| 20 Massachusetts Ave, N.W. | Attorneys for Plaintiff |
| Washington, D.C. 20001 | America's Health Choice Medical Plans, Inc. |
| (202) 616-0679 | |

Attorneys for Defendant
United States Department of Health and Human Services, Centers for Medicare & Medicaid Services

2