# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>    Defendant. | Civil Action No. 1:06CV2064 (RWR) |

## JOINT STATUS REPORT

Pursuant to the parties' April 27, 2007 Joint Status Report, Plaintiff America's Health Choice Medical Plans, Inc., and Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services, by counsel, jointly submit this Status Report to update the Court on the status of this matter.

The parties have agreed in principle to settle this matter. To that end, the parties are in the process of exchanging what they hope to be final draft settlement agreements and expect to have this agreement completed within seven days.

400570745v1

In light of the foregoing, the parties respectfully suggest that they agree to voluntarily dismiss the suit on or before May 25, 2007, or file an additional joint status report on that date if the case is not so dismissed.

DATED: May 11, 2007, 2007                                    Respectfully submitted,

/s/                                                          /s/
Sheila M. Lieber, Esq.                                       Deborah B. Baum (D.C. Bar # 393019)
Heather R. Phillips, Esq.                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
James Luh, Esq.                                              2300 N Street, N.W.
UNITED STATES DEPARTMENT OF                                  Washington, D.C. 20037
JUSTICE, CIVIL DIVISION, FEDERAL                             (202) 663-8000 (general)
PROGRAMS BRANCH
901 E Street, N.W.                                           Attorneys for Plaintiff
Washington, D.C. 20530                                       America's Health Choice Medical Plans, Inc.
(202) 514-3786

Attorneys for Defendant
United States Department of Health and
Human Services, Centers for Medicare &
Medicaid Services