# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES<br><br>　　　　Defendant. | Civil Action No. 1:06CV2064 (RWR) |

## JOINT STATUS REPORT

Pursuant to the parties' May 11, 2007 Joint Status Report, Plaintiff America's Health Choice Medical Plans, Inc., and Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services, by counsel, jointly submit this Status Report to update the Court on the status of this matter.

The parties have agreed in principle to settle this matter. However, due to the parties' travel schedules, it is possible that they will not be able to file an executed settlement agreement with the Court until on or before June 8, 2007.

In light of the foregoing, the parties respectfully suggest that they agree to voluntarily dismiss the suit on or before June 8, 2007, or file an additional joint status report on that date if the case is not so dismissed.

DATED: May 25, 2007                                    Respectfully submitted,

/s/                                                            /s/
Sheila M. Lieber, Esq.                             Deborah B. Baum (D.C. Bar # 393019)
Heather R. Phillips, Esq.                         PILLSBURY WINTHROP SHAW PITTMAN LLP
James Luh, Esq.                                       2300 N Street, N.W.
UNITED STATES DEPARTMENT OF         Washington, D.C. 20037
JUSTICE, CIVIL DIVISION, FEDERAL    (202) 663-8000 (general)
PROGRAMS BRANCH
901 E Street, N.W.                                   Attorneys for Plaintiff
Washington, D.C. 20530                         America's Health Choice Medical Plans, Inc.
(202) 514-3786

Attorneys for Defendant
United States Department of Health and
Human Services, Centers for Medicare &
Medicaid Services

2