IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES<br><br>        Defendant. | Civil Action No. 1:06CV2064 (RWR) |

## JOINT STATUS REPORT

Pursuant to the parties' May 25, 2007 Joint Status Report, Plaintiff America's Health Choice Medical Plans, Inc., and Defendant United States Department of Health and Human Services, Centers for Medicare & Medicaid Services, by counsel, jointly submit this Status Report to update the Court on the status of this matter.

The parties have agreed in principle to settle this matter. However, due to delays occasioned by the parties' travel schedules, they have been unable to finalize the settlement agreement. The parties expect to file an executed settlement agreement with the Court on or before June 15, 2007.

400570745v1

In light of the foregoing, the parties respectfully suggest that they agree to voluntarily dismiss the suit on or before June 15, 2007, or file an additional joint status report on that date if the case is not so dismissed.

DATED: June 8, 2007                                  Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Sheila M. Lieber, Esq. | Deborah B. Baum (D.C. Bar # 393019) |
| Heather R. Phillips, Esq. | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| James Luh, Esq. | 2300 N Street, N.W. |
| UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION, FEDERAL PROGRAMS BRANCH | Washington, D.C. 20037 |
| | (202) 663-8000 (general) |
| 901 E Street, N.W. | Attorneys for Plaintiff |
| Washington, D.C. 20530 | America's Health Choice Medical Plans, Inc. |
| (202) 514-3786 | |

Attorneys for Defendant
United States Department of Health and Human Services, Centers for Medicare & Medicaid Services