IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES<br><br>Defendant. | Civil Action No. 1:06CV2064 (RWR) |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with the Settlement Agreement ("Settlement Agreement") executed by both parties on June 12, 2007 and attached hereto, Plaintiff, America's Health Choice Medical Plans, Inc. hereby voluntarily dismisses the above referenced case with prejudice. Pursuant to the Settlement Agreement, each party will bear its own costs and attorneys' fees.

DATED: June 14, 2007

Respectfully submitted,

/s/
Deborah B. Baum (D. C. Bar # 393019)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

Attorney for Plaintiff
America's Health Choice Medical Plans, Inc.

06/12/2007 16:29   2147675586                    DHHS/OGC                           PAGE 02
FROM CHPP-HPPAG                          (TUE) 6.12'07 19:20/ST. 19:19/NO. 4860824226 P 1

# SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is entered into by and between America's Health Choice Medical Plans, Inc. (hereafter, "AHC") and the United States Department of Health and Human Services, Centers for Medicare & Medicaid Services (hereafter "CMS"), and collectively referred to as the "Parties," effective as of June 12, 2007.

WHEREAS, AHC and CMS are parties to litigation pending in the United States District Court for the District of Columbia, Civil Action No. 1:06cv2064 (RWR) (the "Litigation");

WHEREAS, prior to AHC commencing the Litigation, in July 2005, CMS had notified AHC of its intent to terminate AHC's Medicare Advantage ("MA") Contract with CMS and imposed intermediate marketing and enrollment sanctions on AHC;

WHEREAS, AHC pursued its administrative appeals with respect to CMS's decision, including a hearing before a CMS Hearing Officer on November 14-15, 2005, in which both parties presented evidence regarding AHC's compliance with relevant regulations;

WHEREAS, shortly after that hearing, on November 18, 2005, CMS executed an MA contract with AHC for the 2006-2007 term (the "November 18, 2005 MA Contract");

WHEREAS, on November 22, 2005, the Hearing Officer issued a decision, upholding the termination of AHC's MA Contract;

WHEREAS, AHC took the position that the administrative proceeding, and the Hearing Officer's decision, were moot because the November 18, 2005 MA Contract was not the subject of the termination action and CMS disagreed with that position;

06/12/2007  16:29   2147675586                DHHS/OGC                          PAGE  03
FROM CHPP-HPPAG                          (TUE) 6.12'07 19:20/ST. 19:19/NO. 4860824226 P 2

WHEREAS, AHC unsuccessfully exhausted its administrative appeals of CMS's decision, culminating in a November 30, 2006 decision by the CMS Administrator, through the Acting Deputy Administrator, to terminate AHC's MA Contract;

WHEREAS, AHC brought this Litigation, challenging the Administrator's final agency decision, and sought a preliminary injunction enjoining, among other things, the effectuation of the Administrator's decision to terminate AHC's MA Contract, on the basis that the November 18, 2005 MA Contract superseded the prior MA Contract that was the subject of the administrative proceeding;

WHEREAS, the Court granted AHC's Motion for Preliminary Injunction, and entered the Order attached hereto as Exhibit A;

WHEREAS, CMS filed a request with the Administrator, asking that the Administrator's final decision be re-opened, and modified such that, in accordance with the Court's Order in the Litigation, the Administrator's decision would not order that AHC's MA Contract be terminated;

WHEREAS, on April 20, 2007, the parties received from the Administrator a revised decision, issued April 18, 2007 (the "April 18, 2007 revised decision"), pursuant to CMS's request to re-open and modify, in which decision the Administrator rescinded the termination dated November 30, 2006;

WHEREAS, the April 18, 2007 revised decision, by its terms, constituted final agency action superseding previous administrative action;

WHEREAS, on April 25, 2007, CMS issued a "Notice of Intent to Impose Intermediate Sanctions and Not Authorize Renewal of Medicare Advantage-Prescription Drug Contract,"

2

AHC-CMS settlement agreement.DOC

06/12/07 TUE 17:08 [TX/RX NO 8708] ☒002

06/12/2007 16:29    2147675586                DHHS/OGC                              PAGE 04
FROM CHPP-HPPAG                                (TUE) 6.12'07 19:21/ST.19:19/NO.4860824226 P 3

under which it indicated its intent not to renew the November 18, 2005 MA Contract for the 2008 Contract Year;

WHEREAS, the Parties hereto wish to resolve on an amicable basis all matters in this Litigation;

NOW, THEREFORE, in consideration of the mutual promises, covenants and agreements set forth in this Agreement, the sufficiency of which the Parties acknowledge, it is agreed as follows:

1. CMS agrees that it will not further seek to reopen the Administrator's April 18, 2007 revised decision, and AHC agrees that it will not appeal the Administrator's April 18, 2007 revised decision.

2. CMS's position is that the Court's Order for Preliminary Injunction in this matter is now moot insofar as the Administrator's April 18 revised decision rescinded the termination, and the matter has been superseded by CMS's April 25, 2007 Notice to AHC as described above. CMS agrees, in any event, that CMS will not reimpose upon AHC the intermediate sanctions or contract determinations that had been imposed prior to the Administrator's April 18, 2007 decision.

3. AHC will, within 2 business days of the execution of this Agreement, file a notice of voluntary dismissal with prejudice of this action, with each party to bear its own costs and attorneys' fees.

4. This Agreement shall be binding upon and inure to the benefit of the Parties and their respective successors, assigns, trustees, and representatives.

AHC-CMS settlement agreement.DOC

06/12/07 TUE 17:06 [TX/RX NO 6708] @003

06/12/2007 16:29  2147675586  DHHS/OGC  PAGE 05
FROM CHPP-HPPAG  (TUE) 6.12'07 19:21/ST. 19:19/NO. 4860824226 P 4

5. The Parties agree that each party and its independent attorney has reviewed and approved this Agreement. This Agreement is a negotiated document prepared by one party as a matter of convenience; therefore, in the event of any dispute among the Parties, as a matter of law the provisions of this Agreement shall not be construed against or in favor of any party solely as a consequence of such party's preparation, or lack of preparation, of the Agreement.

6. This Agreement contains the entire agreement between the Parties, and fully supersedes any and all prior agreements or understandings between them regarding its subject matter. This Agreement may only be modified by written agreement signed by all Parties.

7. Each provision of this Agreement shall be considered severable, and if for any reason any provision is deemed to be invalid, such invalidity shall not impair the obligation of or affect the enforceability of any other portion of the Agreement.

8. This Agreement may be executed in several counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. In making proof of this Agreement, any one counterpart shall be deemed sufficient, and the moving party shall not be required to account for all the other originally executed copies of this Agreement.

4

AHC-CMS settlement agreement.DOC

06/12/07 TUE 17:06 [TX/RX NO 6708] @004

06/12/2007  16:29   2147675586                    DHHS/OGC                                    PAGE 06
FROM CHPP-HPPAG                                   (TUE) 6.12'07 19:21/ST. 19:19/NO. 4860824226 P 5

**IN WITNESS WHEREOF**, the Parties have caused their respective signatures to be hereunto affixed the day and year indicated below.

AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC.

By: Walter Janke, MD

Its: Chief Executive Officer

Date: June 12, 2007

5

AHC-CMS settlement agreement.DOC

06/12/2007  16:29   2147675586                DHHS/OGC                                          PAGE  07
FROM CHPP-HPPAG                                          (TUE) 6.12'07 19:21/ST.19:19/NO.4860824226 P  6

UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

By: _Cynthia_____

Its: _Director, Plan Oversight & Accountability Group_

Date: _June 12, 2007_

6

AHC-CMS settlement agreement.DOC

06/12/07  TUE 17:06  [TX/RX NO 6708]  ☒006