UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
AMERICA'S HEALTH CHOICE            )
PLANS, INC.,                       )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    Civil Action No. 06-2064 (RWR)
                                   )
                                   )
DEPARTMENT OF HEALTH AND           )
HUMAN SERVICES, CENTERS FOR        )
MEDICARE & MEDICAID SERVICES,      )
                                   )
          Defendant.               )
_____ )

## ORDER

The parties have signed and filed a settlement agreement providing for dismissal of this action with prejudice. Therefore, it is hereby

ORDERED that this case be, and hereby is, DISMISSED with prejudice.

SIGNED this 19th day of June, 2007.

```
     /s/
RICHARD W. ROBERTS
United States District Judge
```